# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LIVESAY,<br><br>                              Plaintiff,<br><br>v.<br><br>BARCLAY'S BANK DELAWARE,<br><br>                             Defendant. | Case No.:  15-CV-1541 W (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 13]** |

Pending before the Court is a joint motion to dismiss this action with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 13] and **DISMISSES** this case **WITH PREJUDICE**.  Each party shall bear his/its own attorney's fees and costs.

      **IT IS SO ORDERED**.

Dated:  August 8, 2016

                                                          _____<br>
                                                          Hon. Thomas J. Whelan<br>
                                                           United States District Judge